CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2019 APR -9  AM 11: 59

| PROB 22 (Rev. 04/17) | | DOCKET NUMBER *(Tran. Court)* 4:09CR00048-002 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3-19CR-174-B |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Gabriel Mendoza, Jr. | DISTRICT Eastern District of Texas | DIVISION Sherman Division |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Marcia A. Crone U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM October 30, 2015 — TO October 29, 2020 |

| OFFENSE |
|---|
| 21 U.S.C. § 846 - Conspiracy to Manufacture, Distribute or Possess with Intent to Manufacture or Distribute Over Five Kilograms of Cocaine |

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Texas"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Texas upon that Court's order of acceptance of jurisdiction.

March 28, 2019
*Date*

*U.S. District Judge*
AMOS L. MAZZANT, III

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4-8-19
*Effective Date*

*United States District Judge*